UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ALVIN MATHEWS,

    Plaintiff,

-vs-                                          Case No. 3:12-CV-314

NOVARTIS PHARMACEUTICALS
CORPORATION,

    Defendant.

## ORDER

The above captioned matter is hereby TRANSFERRED from the docket of The Honorable Thomas M. Rose, to the docket of The Honorable Walter Herbert Rice.

**DONE** and **ORDERED** in Dayton, Ohio, this 14th day of January, 2013.

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT